OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 22, 2008

**Frederick L. Cottrell, III**, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Dear Counsel:    RE: **CA 97-635 SLR** Cordis Corporation v. Advanced Cardio Sys, et al

   Pursuant to the Order entered on 8/24/2001, the following documents are herewith returned to you:

   **ITEMS #:   55, 56, 57, 66, 67, 68, 69, 70, 71, 72, and 102.**

   A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 1-23-08

_____
Signature of Attorney or